UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN RUSSELL ROBINSON, JR.,
     Petitioner,

v.                                                                Case No. 8:26-cv-1853-KKM-TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,
     Respondent.
_____

## ORDER

Robinson, a Florida prisoner, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, (Doc. 1), and moves for leave to proceed in forma pauperis, (Doc. 2). Robinson's petition is a copy of the petition he filed in an earlier case. *Robinson v. Sec'y, Dep't of Corr.*, Case No. 8:26-cv-1837-KKM-TGW. Robinson cannot proceed with the same petition in two separate cases. *See Vanover v. NCO Fin. Servs., Inc.*, 857 F.3d 833, 841 (11th Cir. 2017). Therefore, Robinson's petition is dismissed as duplicative of his earlier petition.

Furthermore, even if the Court considered Robinson's petition, it would be dismissed as an unauthorized second or successive petition. As explained in the Court's order in Case No. 8:26-cv-1837-KKM-TGW, Robinson first challenged his state court conviction under § 2254 in 2019. *Robinson v. Sec'y, Dep't of Corr.*, Case No. 8:19-cv-2734-SDM-AAS. He cannot seek relief in

1

another § 2254 petition unless the Eleventh Circuit Court of Appeals authorizes him to do so. *See* 28 U.S.C. § 2244(b)(3)(A).

Accordingly, Robinson's Petition for Writ of Habeas Corpus, (Doc. 1), is **DISMISSED without prejudice** as duplicative of the petition filed in Case No. 8:26-cv-1837-KKM-TGW. Robinson's motion for leave to proceed in forma pauperis, (Doc. 2), is **DENIED as moot**. Robinson is not entitled to a certificate of appealability, *see* 28 U.S.C. § 2253(c), or for leave to appeal in forma pauperis. The **CLERK** is directed to enter judgment, which shall read "This case is dismissed without prejudice," to terminate any pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on June 29, 2026.

Kathryn Kimball Mizelle
United States District Judge

2